```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              EAST. DIST. OF LA.

                                              2000 JAN 31  P 3:37

                                              LORETTA G. WHYTE
```

MINUTE ENTRY
FELDMAN, J.
JANUARY 28, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOWE, STEIN, HOFFFMAN, ETC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-235 |
| INNtraport International Corp. | * | SECTION "F" |

It appearing to the Court that the subject matter of the above captioned matter is related to that of Civil Action No. 98-57, pending before Section "B" of this Court;

IT IS ORDERED that the above captioned cause be transferred to Section "B" of this Court pursuant to Local Rule 1.051E.

JAN 31 2000

TRANSFERRED TO   SECT B MAG 4

JAN 31 2000

DATE OF ENTRY_____