

MINUTE ENTRY
LEMELLE, J.
APRIL 6, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

You are hereby notified that the following numbered and entitled cases will be called on **Wednesday, April 26, 2000 at 9:00 a.m.** before JUDGE IVAN L.R. LEMELLE, Courtroom C501, 500 Camp Street, New Orleans, Louisiana, and if no good cause be shown for such inaction they will be dismissed.

| | |
|---|---|
| 99-3672 | **McKesson Corporation vs. Forshag's Drug Store, Inc.** |
| | No answer or default as to defendant, Forshag's Drug Store, Inc. |
| 00-0093 | **Perry E. Futch vs. St. Helena Parish Sheriff's Department, et al.** |
| | No return of service or answer as to all defendants. |
| 00-0119 | **John Ruffin vs. Victor Wahill, et al.** |
| | No answer or default as to defendant, National Union Fire and Casualty Ins. Co. |
| 00-0235 | **Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P. vs. Inntraport International Corporation, et al.** |
| | No return of service or answer as to defendant, Intelnet International, Inc. No answer or default as to defendant, Inntraport International Corporation. |
| 00-0318 | **Curt Dufrene, et al. vs. Chevron USA, Inc.** |
| | No answer or default as to defendant, Chevron USA, Inc. |
| 00-0381 | **Vial, Hamilton, Koch & Knox, L.L.P. vs. Transit Management of Southeast Louisiana, Inc.** |
| | No answer or default as to defendant, Transit Management of Southeast Louisiana. |

DATE OF ENTRY
APR 0 6 2000

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No. 4