

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -1  P 4: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P. | * * * | CIVIL ACTION |
| versus | * * | NO.: 00-235 |
| | * | SECTION: "B" |
| INNtraport International Corp., and Intelnet International, Inc. | * * | MAG.: "4" |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P., hereby moves to dismiss without prejudice the above-entitled matter for reason of the fact that the parties have reached a settlement. Each party is to bear its own cost of this litigation.

Respectfully submitted:

Sessions & Fishman, L.L.P.
**JACK M. ALLTMONT** (Bar #2424) T.A.
3500 First NBC Center
201 St. Charles Avenue
New Orleans, Louisiana 70170
Telephone: (504) 582-1500

BY: _____
**JACK M. ALLTMONT**
Attorney for Plaintiff, Lowe, Stein,
Hoffman, Allweiss & Hauver, L.L.P.

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of MAY, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand delivery, U.S. Mail or facsimile transmission

_____
Jack M. Alltmont

DATE OF ENTRY
MAY - 4 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P. | * * * | CIVIL ACTION NO.: 00-235 |
| versus | * * | SECTION: "B" |
| INNtraport International Corp., and Intelnet International, Inc. | * * | MAG.: "4" |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the motion of plaintiff:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered action is hereby dismissed without prejudice and with each party to bear its own costs.

New Orleans, Louisiana, this 3rd day of May, 2000.

_____
JUDGE